# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

PAMELA ADIKEMA

VERSUS

MARCO TALIO MARTINEZ CASTANEDA,
MARIO LOPEZ-VALLADARES, AND
GOAUTO MANAGEMENT SERVICES, LLC

NO.   2019 CW 1667

**APR 2 8 2020**

---

In Re:   GoAuto Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 655,117

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**   The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) *(per curiam)* are not met.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT